FILED

2026 Feb-09  PM 02:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **RICKY JEROME WARREN,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Case No. 5:24-cv-01320-RDP-HNJ** |
| ) | |
| **WILLIAM STREETER,** *et al.*, ) | |
| *Warden* ) | |
| ) | |
| **Respondents.** ) | |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on January 7, 2026, recommending that the court deny Petitioner Ricky Jerome Warren's ("Warren") *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and dismiss his claims without prejudice because this court lacks subject matter jurisdiction over Warren's challenge to his 2009 conviction and sentence. (Doc. 19). No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Consistent with that recommendation, the court finds that Warren's § 2254 petition (Doc. 1) is due to be denied and his claims are due to be dismissed without prejudice for lack of subject matter jurisdiction.  A final judgment will be entered.

**DONE** and **ORDERED** this February 9, 2026.

_____
**R. DAVID PROCTOR**
SENIOR U.S. DISTRICT JUDGE